107 F.3d 861
 Fed. Sec. L. Rep. P 99,447
Robert J. Buckley
v.
Northwest Savings Bank, Northwest Bancorp, MHC, Ryan, Beck &
Co., Inc., RP Financial, Inc., John O. Hanna, William J.
Wagner, James H. Olay, Richard L. Carr, Thomas K. Creal,
III, John J. Doyle, Robert G. Ferrier, Taylor W. Foster,
Robert L. Lasher, Richard E. McDowell, Joseph T. Stadler,
Walter J. Yahn, John S. Young
 NO. 95-3706
 United States Court of Appeals,
Third Circuit.
 Feb 13, 1997
 Appeal From: W.D.Pa. ,No.94cv0023oe
 
 1
 Affirmed.